# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | |
| Plaintiff, | Case No. 2:13-cv-00110-JAD-GWF |
| vs. | **ORDER** |
| NDOC, et al., | |
| Defendant. | |

This matter comes before the Court on Plaintiff's Motion for Scheduling Conference (#23), filed on November 22, 2013. Plaintiff seeks a conference pursuant to Local Rule 22-2, which provides for scheduling conferences for interpleader actions. Plaintiff is not interpleading in this action, however. Furthermore, the Court entered a Scheduling Order (#30) on December 27, 2013. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Scheduling Conference (#23) is **denied**.

DATED this 10th day of January, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge