# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>               Plaintiff,<br>vs.<br><br>NDOC, et al.,<br><br>               Defendants. | Case No. 2:13-cv-00110-JAD-GWF<br><br>**ORDER**<br><br>Plaintiff's Motion to Compel Discovery (#50) |

This matter comes before the Court on Plaintiff's Motion to Compel Discovery (#50), filed on March 26, 2014.

Pursuant to Federal Rule of Civil Procedure ("FRCP") 37(a)(1), a party may move for an order compelling discovery, however, the motion must include a certification that the movant has in good faith conferred or attempted to confer with the party failing to make disclosure or discovery in an effort to obtain it without court action. Here, Plaintiff seeks an order compelling Defendants William Moore and Renee Baker to answer his interrogatories. However, because Plaintiff failed to establish that he conferred with opposing counsel in a good faith attempt to resolve this matter pursuant to FRCP 37(a)(1), the Court must deny this motion at this time. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery (#50) is **denied** without prejudice. If Plaintiff does not resolve this matter after conferring with opposing counsel in good faith, Plaintiff may then bring this motion.

DATED this 28th day of March, 2014.

_George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge