# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | |
| Plaintiff, | Case No. 2:13-cv-00110-JAD-GWF |
| vs. | **ORDER** |
| NDOC, et al., | |
| Defendants. | |

This matter is before the Court on the service of the Summonses and Complaint on Kent Belmore and Robert Ramsey. The Court ordered the U.S. Marshal Service to file a Status Report with the Court regarding the status of service no later than June 24, 2014 (Dkt. #68). To date, no Status Report has been filed. Accordingly,

**IT IS ORDERED** that the Clerk of Court shall deliver a copy of this Order to the U.S. Marshal's Office.

**IT IS FURTHER ORDERED** that the U.S. Marshal Service shall file a Status Report with the Court no later than **July 14, 2014**.

DATED this 3rd day of July, 2014.

GEORGE FOLEY, JR.
United States Magistrate Judge