# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Lausteveion Johnson,

    Plaintiff

v.

NDOC, et al,

    Defendants

Case No.: 2:13-cv-00110-JAD-GWF

**Order Denying Motion for Reconsideration of Magistrate Judge Ruling/Overruling Objections [#62]**

    Plaintiff Lausteveion Johnson moves to reconsider Magistrate Judge Foley's March 27, 2014, order, which Johnson mistakenly believes denied Johnson's request for leave to file a second amended complaint. *See* Doc. 62 at 1. Judge Foley's March 27, 2014, order denied plaintiff's request for an amendment to the court's February 14, 2014, scheduling order; it did not adjudicate Johnson's motion to file a second amended complaint. *See* Doc. 54. Judge Foley later granted plaintiff leave to file his second amended complaint, rendering the instant motion moot because it seeks the same relief that Judge Foley's subsequent order ultimately affords. *See* Doc. 76.

    Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration for leave to file an amended complaint [#62] is DENIED as moot.

    DATED July 31, 2014.

                                                           _____
                                                           Jennifer A. Dorsey
                                                           United States District Judge

1