# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Lausteveion Johnson,

    Plaintiff

v.

NDOC, et al,

    Defendants

Case No.: 2:13-cv-00110-JAD-GWF

**Order Adopting Findings and Recommendations [Doc. 76] and Dismissing Claims against NDOC**

On July 1, 2014, Magistrate Judge Foley conducted an initial screening of plaintiff's claims in this pro se civil rights action, considered Plaintiff's Motion for Leave to Amend Complaint (Doc. 39), granted leave to file an amended complaint, and recommended that this court dismiss all of plaintiff's claims against the Nevada Department of Corrections.  Doc. 76.  Plaintiff had 14 days to object to the recommendation; he filed no objection.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003).  *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  Accordingly, and with good cause appearing,

It is hereby ORDERED that Magistrate Judge Foley's findings and recommendations **[Doc. 76] are ADOPTED**;

Plaintiff's **claims against the Nevada Department of Corrections are dismissed with prejudice.**

DATED July 31, 2014.

                                                Jennifer A. Dorsey
                                              United States District Judge

1