# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | |
| Plaintiff, | Case No. 2:13-cv-00110-RFB-GWF |
| vs. | **ORDER** |
| NDOC, et al., | Motion for Request for Discovery - #101 |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Request for Discovery (#101), filed on September 29, 2014. Defendants' Opposition to Plaintiff's Request for Discovery (#103) was filed on October 3, 2014. Plaintiff did not file a Reply.

In his motion, Plaintiff requested to conduct discovery on Defendants Robert Ramsey, Kent Bellmore, and Jacqueline Kennedy. Plaintiff was granted an extension of discovery on March 3, 2014, wherein the Court granted an extension that "shall apply only to discovery requests made on or before February 14, 2014." (#41). The requests in Plaintiff's Motion constitute new discovery not authorized by the Court's previous order. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Request for Discovery is **denied**.

DATED this 20th day of October, 2014.

GEORGE FOLEY, JR.
United States Magistrate Judge