# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

LAUSTEVEION JOHNSON,

      Plaintiff,

  v.

NDOC, *et al.*,

      Defendants.

Case No. 2:13-cv-00110-RFB-GWF

**ORDER TO PRODUCE LAUSTEVEION JOHNSON**

TO:     DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     DWIGHT NEVEN, HIGH DESERT STATE PRISON
         INDIAN SPRINGS, NV
         UNITED STATES MARSHAL FOR THE DISTRICT OF
         NEVADA AND ANY OTHER UNITED STATES MARSHAL

      **THE COURT HEREBY FINDS** that **LAUSTEVEION JOHNSON, #82138**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

      **IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall transport and produce **LAUSTEVEION JOHNSON, #82138**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Tuesday, August 18, 2015, at the hour of 3:00 p.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **LAUSTEVEION JOHNSON, #82138**, is released and discharged by the said Court; and that

the said **LAUSTEVEION JOHNSON, #82138**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

**DATED** this 10th day of August, 2015.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**