# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-00110-RFB-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NDOC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion for Appointment of Counsel (#124), filed on September 8, 2015. This matter is also before the Court on Plaintiff's Motion for Transcripts (#125), filed on September 8, 2015.

Plaintiff moves for an order appointing counsel to represent him in his upcoming trial. The Court will enter a separate order referring the Plaintiff to the Pro Bono Program. The Plaintiff's Motion is therefore granted on the condition that an attorney agrees to represent him through the Program.

The Plaintiff also moves the Court for an order to provide him with copies of documents he needs to continue with the case. Specifically, he requests a copy of the transcript of the hearing that occurred on August 18, 2015 (#123) and a copy of Exhibit E to his Opposition to the Defendants' Motion for Summary Judgment (#112). Exhibit E constitutes pages 58-74 of #112-3. The Plaintiff has sufficiently established good cause for granting the motion. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Counsel (#124) is **granted** conditioned on an attorney agreeing to represent him through the pro bono program.

. . .

. . .

1  **IT IS FURTHER ORDERED** that Plaintiff's Motion for Transcripts (#125) is **granted**.

2  **DATED** this 15th day of September, 2015.

                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge