**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>NDOC, *et al.*,<br><br>　　　　　　Defendants. | 2:13-cv-00110-RFB-GWF<br>**ORDER OF APPOINTMENT OF COUNSEL** |

　　　　This case was referred to the Pilot *Pro Bono* Program ("Program") adopted in General Order 2014-01 for appointment of *pro bono* counsel. ECF No. 127. The Court has been informed that *pro bono* counsel has been identified. Attorney Travis Barrick, Esq., is hereby appointed as counsel for Plaintiff Lausteveion Johnson. The scope of the appointment is for the limited purpose of participation in settlement negotiations. After settlement negotiations, if Mr. Travis N. Barrick decides to continue his representation of Plaintiff Lausteveion Johnson then the scope of the appointment is for all purposes through the conclusion of the case, but does not extend to the appeal, if any, of a final decision.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that Travis Barrick, Esq. is hereby appointed as *pro bono* counsel for Plaintiff Lausteveion Johnson pursuant to the United States District Court for the District of Nevada's Pilot *Pro Bono* Program.

　　　　IT IS FURTHER ORDERED that Travis Barrick, Esq., as appointed counsel, may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

　　　　IT IS FURTHER ORDERED that the Clerk of Court shall assign a PROBONO case flag and add Travis Barrick, Esq. to the docket as counsel of record for Plaintiff.

1  IT IS FURTHER ORDERED that Travis Barrick, Esq. shall not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.

IT IS FURTHER ORDERED that within fourteen (14) days after completion legal services, Travis Barrick, Esq. shall submit a Notice of Completion Form to the *Pro Bono* Liaison.

DATED this __5__th day of October, 2015.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE