# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON, | |
| Plaintiff, | Case No. 2:13-cv-00110-RFB-GWF |
| vs. | **ORDER** |
| NDOC, et al., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Request for Extension of Legal Copywork (#128), filed on September 24, 2015.

Plaintiff requests a $50.00 extension of his copywork limit. He represents that he has reached the $100.00 limit, and needs an extension to prepare copies of various case materials. Plaintiff has sufficiently established good cause for the extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Request for Extension of Legal Copywork (#128) is **granted**. Plaintiff shall have his copywork limit extended by $50.00.

**DATED** this 5th day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge