Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
Telephone: (702) 892-3500
Facsimile:  (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff*
*In conjunction with the Legal*
*Aid Center of Southern*
*Nevada Pro Bono Pilot Project*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>                    Plaintiff,<br><br>         v.<br><br>NDOC, et al.,<br><br>                    Defendants. | Case No.: 2:13-cv-110-RFB-GWF<br><br>**STIPULATION TO VACATE**<br>**SETTLEMENT CONFERENCE**<br>**AND CONTINUE TRIAL DATE** |

Plaintiff, LAUSTEVEION JOHNSON, through his attorney, Travis N. Barrick, Esq., of the law firm of Gallian Welker & Beckstrom, LC, and the Defendants, through their attorney of record, Theresa M. Haar, Esq., of the Office of Attorney General, hereby stipulate to vacate the Settlement Conference and Continue the Trial Date, for the reasons set forth below.

By way of the Court's Minute Order (#123), the Court set this matter for trial on December 15, 2015.

By way of the Court's Order (#132), a Settlement Conference was set in this matter for December 11, 2015.

On November 9, 2015, the Court heard oral argument on Mr. Johnson's Motion to Reopen Discovery for Limited Purposes (#137).

- 1 -

By way of its Order (#143), the Court granted the Motion and set the following dates:

Last date to complete discovery:    March 8, 2016

Last date to disclose medical expert:    January 7, 2016

Last date to disclose rebuttal expert:    February 6, 2016

Last date to file dispositive motions:    April 7, 2016

Last date to file Joint Pretrial Order:    May 9, 2016

Accordingly, the parties request that the Court vacate the Settlement Conference currently set for December 11, 2015 and reset this matter for Trial at its earliest convenience after May 9, 2016.

| DATED this 9th day of November, 2015.<br>By: ___/s/ Travis N. Barrick_____<br>Travis N. Barrick, # 9257<br>GALLIAN WELKER<br>& BECKSTROM, LC<br>*Attorneys for Plaintiff* | DATED this 9th day of November, 2015.<br>By: __/s/ Theresa M. Haar_____<br>Theresa M. Haar, #12158<br>Deputy Attorney General<br>Office of the Attorney General<br>Bureau of Litigation<br>Public Safety Division<br>*Attorneys for the Defendants* |
|---|---|

IT IS HEREBY ORDERED that

Trial Call in this matter is set for  May 10, 2016 at 1:30 PM.

Trial in this matter is set for  May 17, 2016 at 9:30 AM.

Dated this 17th day of November, 2015.

_____
RICHARD F. BOULWARE, II
DISTRICT COURT JUDGE