# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-00110-RFB-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NDOC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion to End Global Settlement Discussion (ECF No. 174), filed on July 13, 2016.  The settlement conference is set for Friday, July 22, 2016. (ECF No. 160).  Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to End Global Settlement Discussion (ECF No. 174) is **denied.**  The Court will conduct the settlement conference as scheduled.

DATED this 20th day of July, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge