# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LAUSTEVEION JOHNSON, | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-00110-RFB-GWF |
| vs. | ) | **ORDER** |
| NDOC, et al., | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion for Extension of Legal Copywork (ECF No. 190), filed on August 30, 2016.

Plaintiff requests an extension of his copywork limit and represents that he has exceeded the limit. Plaintiff represents that he requires additional funding to prepare his case for trial. The Court finds that Plaintiff has sufficiently established good cause for the granting of the extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Legal Copywork (ECF No. 190) is **granted**. Plaintiff shall have his copywork limit extended by $200.00.

**DATED** this 1st day of September, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge