1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,                    )
                                        )
                          Plaintiff,    )         Case No. 2:13-cv-00110-RFB-GWF
                                        )
vs.                                     )         **ORDER**
                                        )
NDOC, et al.,                           )
                                        )
                          Defendants.   )
_____)

    This matter is before the Court on Plaintiff's Motion to Conduct Limited Discovery (ECF No. 186), filed on August 17, 2016.  To date, Defendants have not responded to this motion and the time for opposition has now passed.  LR 7-2(d) states in pertinent part, that "[t]he failure of an opposing party to file points and authorities in response to any motion...shall constitute a consent to the granting of the motion."   As a result, the Court will grant the present motion.  Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Conduct Limited Discovery (ECF No. 186) is **granted**.  Plaintiff is permitted to serve interrogatories and requests for production upon Defendant Lightsey.  Plaintiff shall serve his interrogatories and requests for production within fourteen (14) days from the entry of this order.  Defendant Lightsey shall respond according to the time limits set forth in Rule 33 and Rule 34 of the Federal Rules of Civil Procedure.

DATED this 8th day of September, 2016.


                                        _____
                                        GEORGE FOLEY, JR.
                                        United States Magistrate Judge