# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LAUSTEVEION JOHNSON,                      )
                                         )
                          Plaintiff,      )        Case No. 2:13-cv-00110-RFB-GWF
                                         )
vs.                                       )        **ORDER**
                                         )
NDOC, et al.,                            )
                                         )
                          Defendants.     )
_____  )

This matter is before the Court on Plaintiff's Motion for Extension of Legal Copywork (ECF No. 209), filed on March 8, 2016.

Plaintiff requests an extension of his legal copywork limit and represents that he has exceeded the limit. Plaintiff represents that he requires additional funding to prepare for trial, conduct discovery, and respond to briefing on the qualified immunity issue. The Court finds that Plaintiff has sufficiently established good cause for the granting of the extension. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Extension of Legal Copywork (ECF No. 209) is **granted**. Plaintiff shall have his legal copywork limit extended by $200.00.

DATED this 17th day of March, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge