Travis N. Barrick, # 9257
GALLIAN WELKER,
& BECKSTROM, LC
540 E. St. Louis Avenue
Las Vegas, Nevada 89117
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
tbarrick@vegascase.com
*Attorneys for Plaintiff*
*In conjunction with the Legal*
*Aid Center of Southern*
*Nevada Pro Bono Pilot Project*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>                      Plaintiff,<br><br>            v.<br><br>NDOC, et al.,<br><br>                      Defendants. | Case No.: 2:13-cv-110-RFB-GWF<br><br>**STIPULATION TO CONTINUE TRIAL DATE** |

Plaintiff, LAUSTEVEION JOHNSON, through his attorney, Travis N. Barrick, Esq., of the law firm of Gallian Welker & Beckstrom, LC, and the Defendants, through their attorney of record, Theresa M. Haar, Esq., of the Office of Attorney General, hereby stipulate to Continue the Trial Date, to either of the 3-week trial settings set forth below.

July 17 through August 4, 2017, or

August 14 through September 1, 2017.

| | |
|---|---|
| DATED this 15th day of March, 2017.<br>By: ___/s/ Travis N. Barrick_____<br>Travis N. Barrick, # 9257<br>GALLIAN WELKER<br> & BECKSTROM, LC<br>*Attorneys for Plaintiff* | DATED this 15th day of March, 2017.<br>By: _/s/ Theresa M. Haar_____<br>Theresa M. Haar, #12158<br>Deputy Attorney General<br>Office of the Attorney General<br>Bureau of Litigation<br>Public Safety Division<br>*Attorneys for the Defendants* |

**ORDER**
**Case No.: 2:13-cv-110-RFB-GWF**

IT IS HEREBY ORDERED that

Trial Call in this matter is set for August 8, 2017 at 10:00 AM in LV Courtroom 7D.

Trial in this matter is set for August 21, 2017 to September 1, 2017 at 9:30 AM in LV Courtroom 7D. Trial setting for June 26, 2017 through July 7, 2017 is vacated.

Dated this 17th day of March, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE