# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

LAUSTEVEION JOHNSON,

        Plaintiff,

  v.

NDOC, *et al.*,

        Defendants.

Case No. 2:13-cv-00110-RFB-GWF

**ORDER TO PRODUCE LAUSTEVEION JOHNSON, #82138**

TO:    DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:    BRIAN E. WILLIAMS, SR., WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **LAUSTEVEION JOHNSON, #82138**, is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or his designee, shall transport and produce **LAUSTEVEION JOHNSON, #82138**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Tuesday, August 8, 2017, at the hour of 10:00 AM, to attend a hearing in LV Courtroom 7D before Judge Richard F. Boulware, II, in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the Court entitled above, until the said **LAUSTEVEION JOHNSON, #82138**, is released and discharged by the said Court; and that the said **LAUSTEVEION JOHNSON, #82138**, shall thereafter be returned to the custody of the

Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**DATED** this <u>1st</u> day of August, 2017.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**