1  ADAM PAUL LAXALT
   Attorney General
2  JARED FROST (Bar No. 11132)
   Senior Deputy Attorney General
3  FRANK A. TODDRE (Bar No. 11474)
   Deputy Attorney General
4  State of Nevada
   Office of the Attorney General
5  555 E. Washington Avenue, Suite 3900
   Las Vegas, Nevada 89101
6  (702) 486-3177 (phone)
   (702) 486-3773 (fax)
7  jfrost@ag.nv.gov

8  *Attorneys for Defendants Renee Baker, Kent Belmore,
   Daniel Brown, Ronald Bryant, Harold Byrne,*
9  *James Greg Cox, Christopher Davis, Jeremiah Hall,
   Brea Howard, Paul Hunt, Jacqueline Kennedy,*
10 *Charles Kirchen, Brandon Lawrence, James Lester,
   Rod Lightsey, Luis Lopez, Paul Malay, Lloyd Millar,*
11 *William Moore, John Nakashima, Robert Ramsey,
   Curtis Rigney, Walter Romero, Tasheena Sandoval,*
12 *Andrew Silverstein, Drugh Waggener, and April Witter*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAUSTEVEION JOHNSON,<br><br>      Plaintiff,<br><br>vs.<br><br>NDOC, et al.,<br><br>      Defendants. | CASE NO. 2:13-cv-00110-RFB-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Lausteveion Johnson, Plaintiff Pro Se, and Defendants Renee Baker, Kent Belmore, Daniel Brown, Ronald Bryant, Harold Byrne, James Greg Cox, Christopher Davis, Jeremiah Hall, Brea Howard, Paul Hunt, Jacqueline Kennedy, Charles Kirchen, Brandon Lawrence, James Lester, Rod Lightsey, Luis Lopez, Paul Malay, Lloyd Millar, William Moore, John Nakashima, Robert Ramsey, Curtis Rigney, Walter Romero, Tasheena Sandoval, Andrew Silverstein, Drugh Waggener, and

|     |                                                                                           |
| --: | :---------------------------------------------------------------------------------------- |
| 1   | April Witter, by and through counsel, Adam Paul Laxalt, Nevada Attorney General,          |
| 2   | Jared M. Frost, Senior Deputy Attorney General, and Frank A. Toddre II, Deputy Attorney   |
| 3   | General, that the above-captioned matter be dismissed with prejudice, and that each party |
| 4   | will bear their own attorney fees and costs. The parties here state that they have resolved |
| 5   | this matter in its entirety, and that the Court may accordingly close the case.           |

DATED October 16, 2017.                    DATED October 20, 2017.

                                                                          ADAM PAUL LAXALT
                                                                          Attorney General

_____         By: _____
Lausteveion Johnson                                               Jared M. Frost
                                                                  Senior Deputy Attorney General
*Plaintiff Pro Se*                                                Office of the Nevada Attorney General
                                                                  555 E. Washington Avenue, Suite 3900
                                                                  Las Vegas, Nevada 89101

                                                                          *Attorneys for Defendants*

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 27th day of October, 2017.